1  JOSEPH P. RUSSONIELLO, CSBN 44332
2  United States Attorney
   LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT, SBN OH 0084088
5  Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone:  (415) 977-8926
7       Facsimile:  (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov
8
9  Attorneys for Defendant

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
6/29/2010

10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11
12 IGNACIO SALAS,                )   CIVIL ACTION NO. 09-05652-JW
         Plaintiff,               )
13                                )
       v.                         )   STIPULATION AND PROPOSED ORDER
14                                )   FOR REMAND PURSUANT TO SENTENCE
   MICHAEL J. ASTRUE,             )   FOUR OF 42 U.S.C. § 405(g); JUDGMENT
15 Commissioner of Social Security,)
         Defendant.                )
16                                 )
17 _____)

18      IT IS HEREBY STIPULATED, by and between the parties, through their respective
19 counsel of record, that this action be remanded to the Commissioner of Social Security for further
20 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42
21 U.S.C. § 405(g), sentence four.
22      On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take
23 the following actions solely with respect to the period from July 29, 2005 - December 11, 2006:
        The ALJ will grant Plaintiff a new hearing, and Plaintiff may submit new evidence.  The
24 ALJ will conduct a de novo review of the evidence, including Plaintiff's subjective complaint
25 testimony and the medical evidence.  Furthermore, the ALJ will obtain the testimony of a medical
26 expert to review the medical evidence relating to the period prior to December 12, 2006, and
27 provide guidance regarding the nature and severity of Plaintiff's impairments and Plaintiff's date
28 of onset.  The ALJ will also consider Plaintiff's physical impairments and the effects of Plaintiff's

1

obesity, and, if the ALJ finds that Plaintiff was not disabled for any part of the relevant period noted above, the ALJ will make a new residual functional capacity determination.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 21, 2010          */s/ Harvey P. Sackett*
                              (as authorized via e-mail)
                              HARVEY P. SACKETT
                              Attorney for Plaintiff

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

Dated: June 23, 2010          By *s/ Daniel P. Talbert*
                              DANIEL P. TALBERT
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, Judgment is entered in favor of Plaintiff Ignacio Salas against Defendant Michael J. Astrue. The Clerk shall terminate any remaining pending motions and close this file.

Dated:  June 29, 2010         _____
                              United States District Judge