JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IGNACIO SALAS, | ) | CIVIL ACTION NO. 09-05652-JW |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION FOR THE AWARD |
| | ) | OF ATTORNEY'S FEES PURSUANT |
| MICHAEL J. ASTRUE, | ) | TO THE EQUAL ACCESS TO JUSTICE |
| Commissioner of Social Security, | ) | ACT, 28 U.S.C. § 2412(d) |
|    Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND dollars and 0 cents ($4,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of FOUR THOUSAND dollars and 0 cents ($4,000.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have

-1-

1  relating to EAJA fees in connection with this civil action.  Any payment shall be made
2  payable to Plaintiff and delivered to Plaintiff's counsel.
3      This award is without prejudice to the rights of Plaintiff's counsel to seek Social
4  Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: July 20, 2010     */s/ Harvey P. Sackett*
(as authorized via e-mail)
HARVEY P. SACKETT
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 20, 2010     By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: October 21, 2010   _____
JAMES WARE
UNITED STATE DISTRICT JUDGE